Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | Case No. | 3:10-00302 |
| | ) | | **District Judge Trauger** |
| DAVELL BILLINGTON | ) | | |

## MOTION TO CONTINUE THE TRIAL DATE

Comes now, G. Kerry Haymaker, counsel for Defendant, Davell Billington, and hereby moves this Honorable Court to continue the trial date in the above styled cause which is presently set for Tuesday, November 13, 2012. Counsel has attached an affidavit in support of this Motion. Counsel filed an executed Speedy Trial Waiver on Wednesday, November 7, 2012.

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

____/s G. Kerry Haymaker_____
G. Kerry Haymaker, B.P.R. #018695
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to Blanche Cook, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 29th day of June, 2012.

_____/s G. Kerry Haymaker_____
G. Kerry Haymaker