**Motion GRANTED. Plea set for 3/18/13 at 2:30 p.m.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No.    3:10-00302** |
| | ) | **District Judge Trauger** |
| **DAVELL BILLINGTON** | ) | |

### MOTION TO SET CHANGE OF PLEA HEARING

Comes now, the Defendant, Davell Billington, by and through counsel of record, G. Kerry Haymaker, and hereby moves this Honorable Court to set the above referenced matter for a change of plea hearing.  The defendant will be pleading open to the Indictment.

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

___/s G. Kerry Haymaker_____
G. Kerry Haymaker, B.P.R. #018695
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to Blanche Cook**,** Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 14th day of March, 2013.

____/s G. Kerry Haymaker_____
G. Kerry Haymaker